AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| CHRISTOPHER CRUZ <br> *Plaintiff* <br> v. <br> COUNTY OF SUFFOLK, et al. <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) | Case No.   22-cv-0993-DRH-ARL |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant - William Bubeck

Date:     05/09/2022

*Attorney's signature*

ANTHONY M. LA PINTA (AML-6505)
*Printed name and bar number*

Reynolds, Caronia, Gianelli & La Pinta P.C.
200 Vanderbilt Motor Parkway, C-17
Hauppauge, New york 11788

*Address*

amlapinta@rcgllaw.com
*E-mail address*

(631) 231-1199
*Telephone number*

(631) 300-4380
*FAX number*