# REYNOLDS, CARONIA, GIANELLI & LA PINTA, P.C.
### - ATTORNEYS AT LAW -

**200 VANDERBILT MOTOR PARKWAY**
SUITE C-17
HAUPPAUGE, NEW YORK 11788

300 OLD COUNTRY ROAD
SUITE 341
MINEOLA, NEW YORK 11501
(Correspondence to Hauppauge Office)

ANTHONY M. LA PINTA
JAMES T. REYNOLDS
PETER R. CARONIA (Ret.)
PAUL GIANELLI (Ret.)

TEL: 631-231-1199
FAX: 631-300-4380

OF COUNSEL

PETER H. MAYER, III, PLLC.
Justice, NYS Supreme Court (Ret.)

MARK D. COHEN
Judge, NYS Court of Claims (Ret.)

MICHAEL E. FEHRINGER

CHRISTOPHER J. PURCELL, P.C.

**VIA ECF**

April 9, 2025

The Honorable Arlene R. Lindsay
United States District Court, EDNY
Alphonse M. D'Amato Federal Building
100 Federal Plaza
Central Islip, New York 11722

    Re: **Christopher Cruz v. County of Suffolk, et al.**
         22-CV-0993 (ARL)

Your Honor:

    I represent defendant William Bubeck in the above matter.

    It is respectfully requested that the Court terminate my former associate, Kyle O. Wood, Esq., from the docket and all future notices as he is no longer employed by my office.

    Please contact me if you are in need of anything further to accommodate this request.

Respectfully submitted,

*[signature]*

**ANTHONY M. LA PINTA**

AML/mef

cc: Counsel for all Parties (By ECF)