

**Attorneys and Counselors at Law**
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

Frederick K. Brewington
Albert D. Manuel III
Cobia M. Powell

Of Counsel
Oscar Holt III
Jay D. Umans

November 3, 2025

**_VIA ECF_**
Honorable Arlene R. Lindsay
United States Magistrate Judge
United States District Court
814 Federal Plaza
Central Islip, NY 11722

      Re: **_Cruz v. County of Suffolk, et.al._**
         **_Docket No.: CV-22-993 (ARL)_**

Dear Judge Lindsay:

  As your records reflect, we are the attorneys representing the Plaintiff, Christopher Cruz, in the above-referenced action. We write to inform the Court of the status of the discovery in this matter and related issues.

  As Your Honor will recall, this case arises out of an initial event which occurred on or about February 24th 2021, at approximately shortly after midnight, at or around the vicinity of Canal Road and Strathmore Ct. Drive, Brookhaven, New York in the County of Suffolk, State of New York. The instant action was filed in 2022. The Court set an outside deadline that "[a]ll discovery, inclusive of expert discovery, to be concluded by December 15, 2025." However, we wish to advise the Court that no additional discovery has transpired, since that date as there remains pending before the New York State Court, Supreme Court Suffolk County, a motion commenced by Defendant Cameron, seeking a Protective Order as to Grand Jury minutes and records. Further, we are also aware that a determination on the fully briefed motion brought by Defendant Geraldine Hart remains outstanding. While Plaintiff has served Notices of Deposition as to the Defendants, no depositions have been scheduled or taken place. So that this matter does not go off the rails, we respectfully request a status conference with Your Honor to discuss how best to address our current status.

  Since our last conference with the Court, we understand that a copy of the Internal Affairs Report were disclosed to Newsday by the County. That information was then the subject of a very lengthy Newsday article. That article, dated September 13, 2025 can be found at : https://www.newsday.com/long-island/investigations/suffolk-police-body-camera-handcuffed-s2cxxemj. Thank you for your consideration.

            Respectfully submitted,

            *Frederick K. Brewington*
            FREDERICK K. BREWINGTON

FKB.CMP
cc: All Attorneys (*via ECF*)