# COUNTY OF SUFFOLK



**EDWARD P. ROMAINE**
**SUFFOLK COUNTY EXECUTIVE**

**CHRISTOPHER J. CLAYTON**                                                                      **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

April 14, 2026

Hon. Arlene R. Lindsay, U.S.M.J
United States District Court—EDNY
100 Federal Plaza
Central Islip, New York 11722

       Re:    *Cruz v. County of Suffolk, et al.*
               Docket No. 22-cv-993 (ARL)

Dear Judge Lindsay:

The Suffolk County Attorney's Office currently represents Defendants in this matter (other than William Bubeck and Matthew Cameron who are represented by Anthony LaPinta and William Nolan, respectively) in this § 1983 civil rights action brought by Plaintiff Christopher Cruz. Plaintiff is represented by The Law Offices of Frederick K. Brewington. The parties write the Court at this time to jointly respectfully request a settlement conference in this matter.

We respectfully advise the Court that May 4, 2026 and May 12, 2026 (at or after 1:00 pm) are the only dates in the next two months that counsel for all parties and an individual with settlement authority for the County (Deputy County Attorney Susan A. Flynn) are available to appear. Should the Court wish for the parties to send additional mutually-convenient dates after the conclusion of the approximately two-week trial Mr. Brewington and I have scheduled here in the Eastern District in late May (*Giggetts v. County of Suffolk, et al* (19-cv-4885 (GRB)(LGD))), which is expected to conclude sometime the week of June 8, 2026, we will respond accordingly.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Christopher J. Clayton
Suffolk County Attorney
*/s/ Stacy A. Skorupa*
By: Stacy A. Skorupa
     Assistant County Attorney

CC:    Counsel for all parties (Via ECF)

**LOCATION**                          **MAILING ADDRESS**
**H. LEE DENNISON BLDG.**         **P.O. BOX 6100**                       **(631) 853-4049**
**100 VETERANS MEMORIAL HIGHWAY**    ♦    **HAUPPAUGE, NY 11788-0099**    ♦    **TELECOPIER (631) 853-5169**