# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK
### Long Island Federal Courthouse
### 814 Federal Plaza
### Central Islip, NY 11722-4451
### (631) 712-5730

**BEFORE: ARLENE R. LINDSAY**           **DATE: 5/12/2026**
**United States Magistrate Judge**

         **TIME: 1:00 PM**

**DOCKET NO: 22-cv-993 (ARL)**

**CASE: Cruz v. County of Suffolk et al**

**\_\_\_\_\_ INITIAL CONFERENCE**
**\_\_\_\_\_ STATUS CONFERENCE**
**\_\_\_\_\_ SCHEDULING CONFERENCE**          **BY TELEPHONE\_\_\_\_**
**\_X\_\_ SETTLEMENT CONFERENCE**
**\_\_\_\_\_ FINAL CONFERENCE**
**\_\_\_\_\_ MOTION HEARING**

**APPEARANCES**

**FOR PLAINTIFF:**          **FOR DEFENDANTS:**
**Frederick K. Brewington**          **Stacy A. Skorupa**
         **Susan Flynn**
         **William Patrick Nolan**
         **Anthony M. LaPinta**

**The following rulings were made:**

      **Settlement negotiations held.   A settlement was reached as to all parties. Settlement terms were placed on the record.   A telephone status conference is scheduled for July 15, 2026, at 11:00 AM. Conference call instructions will be provided in advance of the conference date.**

         **SO ORDERED:**
         **_____/s/_____**